UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>CHARLIE JAVICE,<br><br>                Defendant. | 23-M-2638<br><br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that JP Kernisan of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Charlie Javice in the above-captioned matter.

      I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
      April 4, 2023

                                       By: */s/* JP Kernisan
                                            JP Kernisan
                                            Quinn Emanuel Urquhart & Sullivan LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, New York 10010
                                            Tel: (212) 849–7000
                                            Fax: (212) 849–7100
                                            Email: *jpkernisan@quinnemanuel.com*

                                            Counsel for Defendant Charlie Javice