



U.S. Department of Justice

*United States Attorney*

```
The requested bail modification is GRANTED.
SO ORDERED.

                            _____
                            SARAH NETBURN
April 14, 2023              United States Magistrate Judge
New York, New York
```

**BY ECF AND EMAIL**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Charlie Javice, 23 Mag 2638

Dear Judge Netburn:

      The Government writes, with the consent of the defendant, to respectfully request that the Court modify the bail conditions in the above-referenced case to specify the hours of the defendant's curfew.[1]

      The defendant was arrested on April 3, 2023 in New Jersey and presented the next day before the Honorable Barbara Moses. As is relevant here, as part of an agreed-upon bail package, Judge Moses imposed a curfew to be enforced by location monitoring. The parties now jointly request that that condition be modified to specify that the defendant's curfew is to begin at 11 p.m. every night and to end at 6 a.m. each morning.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

      By:    _____
              Dina McLeod
              Micah F. Fergenson
              Assistant United States Attorneys
              (212) 637-1040 / - 2190

cc: Alex Spiro, Esq. (counsel for Javice) (by email and ECF)
    Tai Park, Esq. (counsel for Javice) (by email and ECF)
    Maaren Shah, Esq. (counsel for Javice) (by email and ECF)
    JP Kernisan, Esq. (counsel for Javice) (by email and ECF)

---

[1] While Pretrial Services in this District typically sets the hours for a defendant's curfew at its discretion, the defendant is supervised by Pretrial Services in the Southern District of Florida. The supervising pretrial officer in that District has requested that the curfew hours be set by the Court.