UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

      v.               **Order of Continuance**

CHARLIE JAVICE,               23 Mag. 2368

         *Defendant.*

------------------------------------------------------------X

  Upon the application of the United States of America and the affirmation of Dina McLeod, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of Title 18 U.S.C. §§ 1349 (Conspiracy to Commit Wire and Bank Fraud), Sections 1343 and 2 (Wire Fraud), Sections 1344 and 2 (Bank Fraud), Title 15 U.S.C. §§ 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2 (Securities Fraud) in a complaint dated March 31, 2023, and was arrested on April 3, 2023;

  It is further found that defendant Charlie Javice was presented before the Honorable Barbara Moses on April 4, 2023.  On the same day, the defendant was released on bail conditions. Under the Speedy Trial Act, the Government initially had until April 25, 2023 within which to file an indictment or information.  Due to a subsequent waiver to the thirtieth day by defense counsel, the Government currently has until May 3, 2023 within which to file an indictment or information;

  It is further found that JP Kernisan, Esq., counsel for Javice, and Assistant United States Attorney Dina McLeod have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

  It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through

counsel, has consented that such a continuance may be granted for that purpose and has specifically waived her rights to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until June 2, 2023, and that a copy of this Order and the affirmation of Assistant United States Attorney Dina McLeod be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
May 3, 2023

_____
UNITED STATES MAGISTRATE JUDGE